## Alker Disbarment Case.

Argued January 12, 1960. Before Jones, C. J., Bell, Musmanno, Jones, Cohen, Bok and Eagen, JJ.

*W. J. Woolston*, with him *Francis E. Walter*, and *David Bortin*, for appellant.

*Henry T. Reath*, amicus curiae and Chairman, Committee of Censors of Philadelphia Bar Association, in propria persona, appellee.

Opinion Per Curiam, January 19, 1960:

The order of the Orphans' Court of Philadelphia County disbarring Harry J. Alker, Jr., from practicing in that court and striking his name from the court's roll of attorneys is affirmed on the opinion of President Judge Klein, reported in 16 Pa. D. & C. 2d 653.